UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| LESLIE LAWSON, | ) | |
| | ) | |
| Petitioner, | ) | Civil No. 6:23-025-GFVT |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| JASON WILSON, Jailer, | ) | |
| | ) | |
| Respondent. | ) | |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Federal Rules of Civil Procedure 58, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Petitioner Leslie Lawson's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 [**R. 1**] is **DENIED WITHOUT PREJUDICE**;

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 27th day of February, 2023.

Gregory F. Van Tatenhove
United States District Judge